# THE OHIO SUPREME COURT

## Tuesday, March 27, 1923

### GENERAL DOCKET

17605—William Loftus, by, etc., v. Pennsylvania R. R. Co. et al; error to the Court of Appeals of Cuyahoga county. Judgment affirmed. Marshall, C. J., Wanamaker, Robinson, Jones, Mathias, Day and Allen, JJ., concur.

17654—The Anthony Carlin Co. v. Walker D. Hines, Director General of Railroads; certified by the Court of Appeals of Cuyahoga county. Judgment affirmed. Robinson, Jones, Matthias and Day, JJ., concur.

17656—The Cincinnati & Suburban Bell Telephone Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission. Order reversed. Robinson, Jones, Matthias, day and Allen, JJ., concur.

17722—Noble Holt, alias Red Holt, v. The State of Ohio; error to the Court of Appeals of Mamilton county. Judgment affirmed. Marshall, C. J., Wanamaker, Robinson, Jones, Matthias and Day JJ., concur. Allen, J., took no part in the consideration or decision of the case.

17785—In the Matter of George S. Hawke, Attorney-at-Law; error to the Court of Appeals of Hamilton county. Judgment affirmed. Wanamaker, Jones, Matthias and Day, JJ., concur.

17811—The State, ex rel George C. Southwell, v. Ralph C. McBride, Treas. In Mandamus. Dismissed at costs of defendant by agreement of parties.

### MOTION DOCKET

17654—The Anthony Carlin Co. v. Walker D. Hines, Director General of Railroads. Motion by James C. Davis, Director General and Agent, to be substituted as Defendant in Error. Allowed.

17785—In the Matter of George S. Hawke, Attorney-at-Law. Motion by George S. Hawke for re-straining order. Overruled.

17804—Edward C. Herring v. D. H. Mysong. Motion for an order directing the Court of Appeals of Montgomery county to certify its record. Overruled.

17825—The Ohio Utilities Co. v. The Public Utilities Commission of Ohio. Motion by plaintiff to require Public Utilities Commission to transmit papers and complete transcript of evidence to Supreme Court. Allowed as to any records and exhibits which were considered by the Commission.

17829—George A. Maxfield, Treasurer of Clermont County, v. Edward Brooks et al. Motion for an order directing the Court of Appeals of Clermont county to certify its record. Sustained.

17851—The Hardin Wyandot Lighting Co. v. The Public Utilities Commission. Motion by plaintiff to require the Public Utilities Commission to transmit papers and complete transcript of evidence to Supreme Court. Allowed as to any records and exhibits which were considered by the Commission.

17852—Frank S. Edgar v. Robert Haines et al. Motion for an order directing the Court of Appeals of Harrison county to certify its record. Sustained.

17854—Martin Greelish v. The Cincinnati Traction Co. Motion for an order directing the Court of Appeals of Hamilton county to certify its record. Overruled.

17857—The State, ex rel James Masters, v. Wallace W. Beamer. Motion for an order directing the Court of Appeals of Carroll county to certify its record. Sustained.

17859—Alexander R. Hawthorne v. Hester Peterson et al. Motion for an order directing the Court of Appeals of Miami county to certify its record. Overruled.

17819—George D. Meeker et al v. John K Scudder et al. motion by defendants to dismiss petition in error filed as of right. Overruled.

17834—Erie Railroad Co. v. Martin Kirkendall. Motion for an order directing the Court of Appeals of Cuyahoga county to certify its record. Overruled.

17835—The Paddock Hodge Co. v. The Park Pollard Co. Motion for an order directing the Court of Appeals of Lucas county to certify its record. Overruled.

17838—George D. Meeker et al v. John K. Ccudder et al. Motion for an order directing the Court of Appeals of Hamilton county to certify its record. Sustained.

17839—Sarah Oetting, Gdn., v. Richard K. Sparks et al. Motion for an order directing the Court of Appeals of Licking county to certify record. Sustained.

17840—Emil Sauer v. John B. Downing. Motion for an order directing the Court of Appeals of Meigs county to certify its record. Sustained.

17841—Claude Wyant v. Emma Russell. Motion for an order directing the Court of Appeals of Lucas county to certify its record. Sustained.

17842—Fred G. Cox v. Murtice Cox. Motion for an order directing the Court of Appeals of Hamilton county to certify its record. Sustained.

17843—Warren Carli v. Wallace Eastman et al. Motion for an order directing the Court of Appeals of Crawford county to certify its record. Overruled.

### SYLLABI

No. 17725—Robert L. Miller v. George M. Korns, Auditor et al.

No. 17724—The Board of Education of Silver Lake Village School District v. George M. Korns, Auditor et al. Error to the Court of Appeals of Summit county.

**SCHOOLS—(1)    Tax levy for valid—(2) Funds raised in one district for needs of another, not for local purposes—(3) Transportation of pupils, tax for approved.**

ALLEN, J.:

1. Sections 7575 and 7600, GC. (199 Ohio Laws, 148 and 149), providing for a tax levy of 2.65 mills, the proceeds of which are to be retained in the several counties of the state for support of the schools thereof, and for the apportionment thereof, are valid and constitutional, and not repugnant to the Federal and state constitutions, nor to any limitation contained in either.

2. Under Section 2, Article VI of the Ohio Constitution, making it mandatory upon the General Assembly to make such provisions by taxation or otherwise as will secure a thorough and efficient system of common schools throughout the state, appropriations by the legislature of funds raised in one school district to the needs of other school districts, is made in pursuance of a legitimate state and public purpose, and not in pursuance of a local or private purpose.

3. A statute which levies a tax equally upon the property in every school district in the state, is not a violation of Section 2, Article XII, nor of Section 26, Article II, of the Ohio Constitution, because of the fact that the full proceeds of the tax raised within each city and exempted village school district